Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−19634−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Julmali I. Habibul
186 Newark Avenue
Bloomfield, NJ 07003

Social Security No.:
xxx−xx−5611

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/13/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 13, 2026
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-19634-SLM
Julmali I. Habibul Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Aug 13, 2026 Form ID: 148 Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julmali I. Habibul, 186 Newark Avenue, Bloomfield, NJ 07003-4908 |
| r | + | A&E Curtinez Realty, 288-290 Broad Street, Bloomfield, NJ 07003-2746 |
| 520810774 | | Essex County Sheriff, Essex County Veteran's Courthouse 50 W M, Newark, NJ 07102-1607 |
| 520810777 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 520810776 | | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 13 2026 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2026 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 13 2026 21:46:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 485F US Highway 1 S Suite 300, Iselin, NJ 08830 |
| 520859735 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 13 2026 21:49:21 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520838134 | | Email/Text: bankruptcy@cavps.com | Aug 13 2026 21:47:00 | Calvary SPV, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 520838137 | + | EDI: AIS.COM | Aug 14 2026 01:11:00 | Capital One Bank, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520818449 | + | EDI: AIS.COM | Aug 14 2026 01:11:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520890820 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2026 21:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520810773 | + | EDI: JPMORGANCHASE | Aug 14 2026 01:10:00 | Chase Bank, Mail Code OH4-7126, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 520838139 | | EDI: CITICORP | Aug 14 2026 01:11:00 | Citibank, PO Box 769004, San Antonio, TX 78245-9004 |
| 520838140 | + | EDI: CITICORP | Aug 14 2026 01:11:00 | Citibank, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027, Sioux Falls, SD 57108-5027 |
| 520838142 | | Email/Text: ECF@fayservicing.com | Aug 13 2026 21:45:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 520810775 | | Email/Text: collecadminbankruptcy@fnni.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 13 2026 21:46:00 | First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 520810777 | | EDI: JCTM | Aug 14 2026 01:11:00 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 521316252 | | EDI: JEFFERSONCAP.COM | Aug 14 2026 01:11:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617, Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520838145 | | EDI: JEFFERSONCAP.COM | Aug 14 2026 01:11:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 520823468 | | EDI: JEFFERSONCAP.COM | Aug 14 2026 01:11:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 520874726 | + | EDI: JPMORGANCHASE | Aug 14 2026 01:10:00 | JPMorgan Chase Bank, National Association, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520838147 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2026 21:49:23 | LVNV Funding, 55 Beattie Place, Greenville, SC 29601-2165 |
| 520812901 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2026 21:49:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520894962 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 13 2026 21:49:19 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520894963 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 13 2026 21:49:19 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368, Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520872251 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2026 21:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520838148 | | EDI: PRA.COM | Aug 14 2026 01:11:00 | Portfolio Recovery Assoc, Riverside Commerce Center 120 Corporate, Norfolk, VA 23502-4962 |
| 520873070 | | EDI: PRA.COM | Aug 14 2026 01:11:00 | Portfolio Recovery Associates, LLC, c/o Priceline, POB 41067, Norfolk VA 23541 |
| 520823640 | + | EDI: AIS.COM | Aug 14 2026 01:11:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520871368 | ^ | MEBN | Aug 13 2026 21:35:11 | U.S. Bank Trust National Association et. al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 520810778 | + | EDI: USBANKARS.COM | Aug 14 2026 01:11:00 | US Bank National, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520838135 | | Capital One Bank, 4515 N Santa Fe Ave |
| 520838144 | | Florinda Habibul |
| 520838136 | | Oklahoma City, OK 73118 |
| 520838138 | *+ | Chase Bank, Mail Code OH4-7126, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 520838141 | * | Essex County Sheriff, Essex County Veteran's Courthouse 50 W M, Newark, NJ 07102-1607 |
| 520838143 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1601 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1626, address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 520838149 | *P++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500, address filed with court:, T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 521316251 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520875665 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520838146 | * | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

| | | |
|---|---|---|
| 520838150 | *+ | US Bank National, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |

TOTAL: 3 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Laura M. Egerman | on behalf of Creditor JPMorgan Chase Bank National Association laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-A laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven D. Pertuz | on behalf of Debtor Julmali I. Habibul pertuzlaw@verizon.net Pertuz.StevenB130381@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6